```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 31706
   LAWRENCE COLE MILLER
   SHIRLEY ANNA MILLER                          CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-2797    SSN XXX-XX-4001

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/11/05 and confirmed on 10/28/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  91268.65 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
--------------------------------------------------------------------------
FLAGSTAR BANK FSB        CURRENT MORTG   48518.84             .00     48518.84
GREAT LAKES CREDIT UNION NOTICE ONLY     NOT FILED            .00          .00
BECKET & LEE LLP         UNSECURED       19654.50             .00      5982.20
FIA CARD SERVICES        UNSECURED       15861.83             .00      4827.84
CAPITAL ONE BANK         UNSECURED         945.04             .00       287.64
ECAST SETTLEMENT CORPORA UNSECURED       28147.47             .00      8567.19
FIVE STAR BANK           UNSECURED       NOT FILED            .00          .00
GREAT LAKES CREDIT UNION SECURED         12236.00         1429.84     12236.00
ROUNDUP FUNDING LLC      UNSECURED        2819.34             .00       858.12
PORTFOLIO RECOVERY ASSOC UNSECURED        7855.11             .00      2390.85
VISTA MEDICAL CENTER EAS UNSECURED       NOT FILED            .00          .00
WELLS FARGO FINANCIAL IN UNSECURED         473.03             .00       143.98
WELLS FARGO FINANCIAL IN UNSECURED         602.71             .00       183.45
         Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER        TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED  60754.84          .00     76359.03        .00    137113.87
PRINCIPAL PAID      60754.84          .00     23241.27        .00     83996.11
INTEREST PAID        1429.84          .00          .00        .00      1429.84
TOTAL PAID          62184.68          .00     23241.27        .00     85425.95
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  2700.00
and was paid $   1000.00   direct and $   1700.00   through the plan.

The Trustee received $    3954.04 .

Refunds to the Debtor totaled $    188.66 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/12/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE  2
    CASE NO. 05 B 31706 LAWRENCE COLE MILLER & SHIRLEY ANNA MILLER
```